BARNHART *v.* MICHIGAN CENTRAL RAILROAD CO.

Certiorari to Ingham; Wiest, J. Submitted June 11, 1913. (Docket No. 72.) Decided July 9, 1913.

Case by Sherman T. Barnhart against the Michigan Central Railroad Company and the Pere Marquette Railroad Company for personal injuries. The court overruled defendant's plea in abatement, and defendant last named brings certiorari. Affirmed.

*Bills, Parker, Shields & Brown (Cummins & Nichols,* of counsel), for appellant.

*Raudabaugh & Person,* for appellee.

KUHN, J. This case involves substantially the same state of facts and the same legal question as the case of *Ennest* v. *Railroad Co., ante,* 398 (142 N. W. 567), and the disposition of this case is necessarily controlled by the decision rendered therein. We are therefore of the opinion that the plea in abatement was properly overruled.

The order of the circuit court is affirmed.

STEERE, C. J., and MOORE, MCALVAY, BROOKE, STONE, OSTRANDER, and BIRD, JJ., concurred.